B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**LIBERTY STATE CREDIT, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>16-1658803 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>111 Marlkress Road<br>Cherry Hill, NJ<br>ZIP CODE 08003 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Camden | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>c/o Richard W. Barry, Trustee<br>Richard W. Barry Consulting Services, LLC<br>1009 Philadelphia Avenue, Point Pleasant, NJ<br>ZIP CODE 08742 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

---

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): |||
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||||
| Location Where Filed: None | Case Number: || Date Filed: |
| Location Where Filed: | Case Number: || Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) ||||
| Name of Debtor: See attached addendum | Case Number: || Date Filed: |
| District: District of Delaware | Relationship: || Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

---

**Signature of Attorney***

X _/s/ Peter J. Duhig_
Signature of Attorney for Debtor(s)
Peter J. Duhig, Esq.
Printed Name of Attorney for Debtor(s)
Buchanan Ingersoll & Rooney PC
Firm Name
1105 North Market Street, Suite 1900
Wilmington, DE 19801
Address
(302) 552-4249
Telephone Number
11/22/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Richard W. Barry_
Signature of Authorized Individual
Richard W. Barry, Chapter 11 Trustee
Printed Name of Authorized Individual
President
Title of Authorized Individual
11/22/2011
Date

# ADDENDUM TO VOLUNTARY PETITION

The following debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code and are seeking to have their cases jointly-administered:

Liberty State Benefits of Delaware, Inc., a Delaware corporation, Case No. 11-12404 (KG)

Liberty State Benefits of Pennsylvania, Inc., a Pennsylvania corporation, Case No. 11-12405 (KG)

Liberty State Financial Holdings Corp., a New Jersey corporation, Case No. 11-12406 (KG)

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

     I, the president and sole member of the Board of Liberty State Credit, Inc ("Credit"). named as the debtor in this case, declare under penalty of perjury that I have read the foregoing voluntary petition and that it is true and correct to the best of my information and belief.

Date: 11/22/2011

Signature _____
Richard W. Barry, Chapter 11 Trustee and
President of Liberty State Credit, Inc.
(Print Name and Title)

NY\51082949.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIBERTY STATE CREDIT, INC.<br><br>Debtor. | Case No.:<br><br>(Chapter 11) |

## CERTIFICATION OF RESOLUTION

Richard W. Barry, in his capacity as Chapter 11 Trustee of Liberty State Financial Holdings Corporation, being the President of Liberty State Credit, Inc., a corporation organized under the laws of the State of New Jersey (the "Company"), does hereby certify the resolutions attached hereto as **Exhibit A** were duly adopted by the Board of Directors of the Company by unanimous consent, which resolutions have not been amended, modified or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF**, I have signed this certificate by Order of the Board of Directors on November 22, 2011.

LIBERTY STATE CREDIT, INC.

By: _____
Richard W. Barry, Chapter 11
Trustee and President of Liberty
State Credit, Inc.

NY\51083159.1

# LIBERTY STATE CREDIT, INC.

ACTION BY THE SOLE DIRECTOR
TAKEN BY WRITTEN CONSENT
DATED AS OF
NOVEMBER 22, 2011

The undersigned, being the sole member of the board of directors (the "Board") of Liberty State Credit, Inc., a New Jersey corporation (the "Company"), does hereby authorize and direct the following actions to the same extent as though duly presented to and unanimously adopted at a special meeting of the Board of Directors of the Company at which a quorum was present and acting throughout:

WHEREAS, the Board and Richard W. Barry, Chapter 11 Trustee of the sole shareholder of the Company (the "Trustee") have considered the finances and operations of the Company; and

WHEREAS, the Board and the Trustee have reviewed the presently known current and long-term liabilities of the Company and its affiliates Liberty State Benefits of Delaware Inc., Liberty State Financial Holdings Corp. and Liberty State Benefits of Pennsylvania, Inc. (collectively, the "Affiliates"), each of which having filed a bankruptcy petition under the provisions of Title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board and the Trustee believe that it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition under the provisions of Chapter 11 of the Bankruptcy Code (the "Petition") in substantially the form attached hereto as <u>Exhibit A</u>, and that the Company move to jointly administer the petitions of the Company and the Affiliates under the Bankruptcy Code for administrative efficiency; and

WHEREAS, the Board and the Trustee wish to appoint Richard W. Barry, Chapter 11 Trustee as President of the Company for purposes of signing the Petition; and

WHEREAS, the Board and the Trustee have reviewed, considered, and received the recommendations of attorneys and other advisors regarding the foregoing.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1. That the Petition is hereby approved for filing.

2. That Richard W. Barry, Chapter 11 Trustee be, and hereby is, appointed as President of the Company.

3. That the President of the Company be, and hereby is, authorized and directed to execute, deliver, and cause to be filed, in the name and on behalf of the Company, the Petition and such agreements, certificates, declarations, affidavits, notices and other instruments and documents, as Richard W. Barry, Chapter 11 Trustee of the sole shareholder of the Company, expressly instructs the President as being necessary, advisable or proper in order to effectuate the Petition.

IN WITNESS WHEREOF, the undersigned sole member of the board of directors of the Company has executed this written consent as of the day first written above.

_____
Richard W. Barry

NY\51082947.1

United States Bankruptcy Court
District of Delaware

In re Liberty State Credit, Inc.                          Case No. _____
              Debtor(s)                                   Debtor Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Liberty State Credit, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1: **Liberty State Financial Holdings Corp.**

November  22 , 2011                          /s/ _____
Date                                         Signature of Attorney or Litigant
                                             Counsel for **Liberty State Credit, Inc.**

NY\51083160.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| **LIBERTY STATE CREDIT, INC.,** | Case No. 11-_____ (___) |
| Debtor. | |

## LIST OF CREDITORS HOLDING 4 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 4 largest unsecured claims. The list is prepared in accordance with Fed R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who came within the definition of "insider" set forth in U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| 1<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | 2<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | 3<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | 4<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff (C,U,D,S) | 5<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Beneficial Mutual Savings Bank<br>530 Walnit Street<br>Philadelphia, PA 19106 | Beneficial Mutual Savings Bank<br>530 Walnit Street<br>Philadelphia, PA 19106<br>Attn: Jenna A. Conrad, VP & Counsel<br>(215) 864-6141 | breach of contract | | unknown |
| Liberty State Benefits of Delaware, Inc.<br>1201 North Orange Street, Suite 600<br>Wilmington, DE 19802 | Liberty State Benefits of Delaware, Inc.<br>Attn: Richard Barry, Chapter 11 Trustee<br>1009 Philadelphia Ave.<br>Point Pleasant, NJ 08742<br>(732) 899-2700 | corporate | | unknown |
| Liberty State Benefits of Pennsylvania, Inc.<br>1425 Carlton Street<br>Philadelphia, PA 19102 | Liberty State Benefits of Pennsylvania, Inc.<br>Attn: Richard Barry, Chapter 11 Trustee<br>1009 Philadelphia Ave.<br>Point Pleasant, NJ 08742<br>(732) 899-2700 | corporate | | unknown |

| Liberty State Financial Holdings Corp. 2050 Springdale Road, Sweet 2050 Cherry Hill. NJ 08003 | Liberty State Finanical Holdings Corp. Attn: Richard Barry, Chapter 11 Trustee 1009 Philadelphia Ave. Point Pleasant, NJ 08742 (732) 899-2700 | corporate | | unknown |
|---|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Richard W. Barry, Chapter 11 Trustee of the related Debtors, and president of the corporation named as a debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge and belief.

Date 11/22/11         Signature: _____
                                 Richard W. Barry
                                 President

*Penalty for making a false statement or concealing property*: **Fine of up to $500,000 or imprisonment for 5 years of both. 18 U.S.C. §§ 152 and 3571**

#1022425-v1

# United States Bankruptcy Court
## District of Delaware

In re  Liberty State Credit, Inc.  
                Debtor(s)

Case No. _____  
Debtor Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  November 22, 2011       Signature _____  
                                                      Richard W. Barry, Chapter 11 Trustee and  
                                                      President of Liberty State Credit, Inc.

Beneficial Mutual Savings Bank
530 Walnut Street
Philadelphia, PA 19106
Attn: Jenna A. Conrad, VP & Counsel


Liberty State Benefits of Delaware, Inc.
1201 Orange Street, Suite 600
Wilmington, DE 19801


Liberty State Benefits of Pennsylvania, Inc.
1425 Carlton Street
Philadelphia, PA 19102


Liberty State Financial Holdings Corp.
2050 Springdale Road, Suite 2050
Cherry Hill, NJ 08003


NY\51083161.1