IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 11-12404 (KG) |
| LIBERTY STATE BENEFITS OF | ) | (Jointly Administered) |
| DELAWARE INC., *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re | ) | Chapter 11 |
| | ) | Case No. 11-13721 (KG) |
| LIBERTY STATE CREDIT, INC., | ) | (Joint Administration Pending) |
| | ) | |
| Debtor. | ) | RE: D.I. 2 |
| | ) | |

**ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION OF
THE CHAPTER 11 CASE OF LIBERTY STATE CREDIT, INC. WITH THE
JOINTLY ADMINISTERED CASES OF
LIBERTY STATE BENEFITS OF DELAWARE, INC.**

On November 22, 2011, the Chapter 11 Trustee for the Existing Debtors (as defined in the Motion), Richard W. Barry ("Trustee"), filed a Motion for Entry of an Order Directing the Joint Administration of the Chapter 11 Case of Liberty State Credit, Inc. with the Jointly Administered Cases of Liberty State Benefits of Delaware, Inc. (the "Motion"); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, and that no further notice is necessary, and good and sufficient cause exists for the granting of the relief requested in the Motion as set forth herein, it is hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the bankruptcy case of Liberty State Credit, Inc., shall be jointly administered by the Court along with the cases of Liberty State Benefits of

---

[1] The Debtors include Liberty State Benefits of Delaware Inc. (Docket No. 11-12404), Liberty State Benefits of Pennsylvania, Inc. (Docket No. 11-12405) and Liberty State Financial Holdings Corp. (Docket No. 11-12406).

Delaware, Inc., Liberty State Benefits of Pennsylvania, Inc. and Liberty State Financial Holdings Corp., and it is further

ORDERED, that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 11-12404 (KG) |
| LIBERTY STATE BENEFITS OF | ) (Jointly Administered) |
| DELAWARE INC., *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

---

[1] The Debtors in these cases include Liberty State Benefits of Delaware Inc. (2954), Liberty State Benefits of Pennsylvania, Inc. (8309), Liberty State Financial Holdings Corp. (5814) and Liberty State Credit, Inc. (8803).

IT IS FURTHER ORDERED that a docket entry shall be made in each of the Liberty State Credit, Inc., Liberty State Benefits of Delaware, Inc., Liberty State Benefits of Pennsylvania, Inc. and Liberty State Financial Holdings Corp substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Liberty State Benefits of Delaware, Inc., Liberty State Benefits of Pennsylvania, Inc., Liberty State Financial Holdings Corp. and Liberty State Credit, Inc. Accordingly, the docket in Case No. 11-12404 (KG) should be consulted for all matters affecting this case."

IT IS FURTHER ORDERED that the consolidation of these chapter 11 cases is for administrative purposes only and is not substantive consolidation of the Debtors' chapter 11 estates; and it is further

ORDERED that the terms and conditions of this Order are effective and enforceable immediately upon its entry; and it is further

ORDERED that the Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

BY THE COURT:

*Kevin Gross*

HONORABLE KEVIN G. GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: Dec. 5, 2011
Wilmington, DE