B 6F (Official Form 6F) (12/07)

In re  Liberty State Credit, Inc.                         ,          Case No.  11-13721
                            Debtor                                                                                   (if known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Alternative Financial Solutions, LLC<br>106 Centre Blvd., Suite D<br>Marlton, NJ 08503 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Beneficial Savings Bank<br>520 Walnut Street<br>Philadelphia, PA | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Harry Bauer, Jr.<br>2856 Wrangle Hill Road<br>Bear, DE 19701 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Mike Berenato<br>113 Bentwood Drive<br>Cherry Hill, NJ 08034 | | | | X | X | X | UNDETERMINED |
| | | | | | | Subtotal> | $UNDETERMINED |

_15_ continuation sheets attached

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Liberty State Credit, Inc.          ,           Case No.  11-13721
        Debtor                                                 (If known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 111407-050108<br>Diane Boucher/Eugene C. Marchand<br>1814 Cherrywood Drive<br>Clementon, NJ 08021 | | | 11/14/2007 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 111407-050108<br>Diane Boucher/Eugene C. Marchand<br>394 Friendship Road<br>East Greenwich, NJ 08020 | | | 11/14/2007 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Steve Campagna<br>4 McClain Avenue<br>Medford, NJ 08055 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Kathy Cantwell<br>452 Pheasant Lane<br>Fairless Hills, PA 19030 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. 071406-080107<br>Chambersburg Fitness Club<br>c/o Nancy Diamond and Lula Bliss<br>810 Wayne Avenue<br>Chambersburg, PA 17201 | | | 7/14/2006 | X | X | X | UNDETERMINED |

Sheet no. 1 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc.,      Case No. 11-13721
        Debtor                                       (If known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 092906-100107<br>Chambersburg Fitness Club II<br>c/o Nancy Diamond and Lula Bliss<br>810 Wayne Avenue<br>Chambershburg, PA 17201 | | | 9/29/2006 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Frank Ciala<br>1807 Springdale Road<br>Cherry Hill, NJ 08003 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Candice Ciala<br>1807 Springdale Road<br>Cherry Hill, NJ 08003 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Vernon Connor<br>3387 Braemar Drive<br>Chambersburg, PA 17201 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Malcolm B. Cooper, JR<br>1172 Smithville Road<br>Mt. Holly, NJ 08060 | | | | X | X | X | UNDETERMINED |

Sheet no. 2 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc.
_____Debtor_____

Case No. 11-13721
_____(If known)_____

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert Damerjian Jr<br>733 Willow Grove Avenue<br>Glenside, PA 19038-2023 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Russell DiBella<br>30 Powell Place Road<br>Tabernacle, NJ 08088 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>D;s Candy Car Group, L.P.<br>c/o FUNJ, Inc. G.P.<br>3225 Mcleod Drive, Suite 100<br>Las Vegas, NV 89121 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Mary Durbano<br>1110 Clements-Bridge Road, Apt. C<br>Barrington, NJ 08002 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. 043005-050106<br>Elwood Brokerage<br>4619 Whitehorse Pike<br>Mullica Township, NJ 08037 | | | 4/30/2005 | X | X | X | UNDETERMINED |

Sheet no. 3 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total>
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

$UNDETERMINED

B 6F (Official Form 6F) (12/07) - Cont.

In re  Liberty State Credit, Inc.  ,  Case No. 11-13721
      Debtor                                   (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 043005-050106<br>Elwood Brokerage<br>c/o David and Stacey Declemente<br>15 Buck Road<br>Egg Harbor, NJ 08234 | | | 4/30/2005 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 043005-050106<br>Elwood Brokerage<br>c/o Steven and Kathleen Waszen<br>2517 Tremond Road<br>Egg Harbor, NJ 08234 | | | 4/30/2005 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Meghan Faiola<br>721 Beechwood Avenue<br>Cherry Hill, NJ 08002 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Fairfax Partners LLC<br>1111 Marlkress Road, Suite 100<br>Cherry Hill, NJ 08003 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Fairfax Partners LLC<br>c/o Robert Hendricks<br>3821 New Franklin Road<br>Chambersburg, PA 17201 | | | | X | X | X | UNDETERMINED |

Sheet no. 4 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $UNDETERMINED

Total ➤ $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc.,  Case No. 11-13721
        Debtor                                    (If known)
                        AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Barbara Fleisher, 15 Cynwyd Road, Bala Cynwyd, PA 19004 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. Leslie Fleisher, 277 S. 3rd Street, Philadelphia, PA 19106-3912 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. Richard & Marie Fox Family Partnership, 168 Trappe Lane, Langhorne, PA 19047 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. JD Feast Enterprises Inc., 18 N. Syracuse Drive, Cherry Hill, NJ 08034 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. William and Virginia Gantz, 266 Pine Tavern Road, Monroeville, NJ 08343-1753 | | | | X | X | X | UNDETERMINED |

Sheet no. 5 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc.,  Case No. 11-13721
         Debtor                                   (If known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 083107-030108<br>Jane and Doris Gillespie<br>1915 Margerum Avenue<br>Lake Como, NJ 07719 | | | 8/31/2007 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Michael J. Gilligan<br>159 Mellon Avenue<br>Gibbstown, NJ 08027 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Michael Ginn<br>15 Cynwyd Road<br>Bala Cynwyd, PA 19004 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Sharon Goodrow<br>616 Summit Avenue<br>Westerville, NJ 08093 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>John L. Harris Family Partnership<br>24 Canterbury Drive<br>Pennsville, NJ 08070 | | | | X | X | X | UNDETERMINED |

Sheet no. 6 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc. ,  Case No. 11-13721
                Debtor                                                        (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Betsy Hendricks <br> 3821 New Franklin Road <br> Chambersburg, PA 17020 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. <br> Robert Hendricks <br> 3821 New Franklin Road <br> Chambersburg, PA 17201 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. <br> Frank M. Henry, Jr. <br> 119 Wyoming Road <br> Dallas, PA 18612-9401 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. <br> Grace D. Hill <br> 525 N. Oak Avenue #184 <br> Pitman, NJ 08071 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. <br> Jeanne M. Kee <br> 104 Kettering Court <br> Marlton, NJ 08053 | | | | X | X | X | UNDETERMINED |

Sheet no. 7 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $UNDETERMINED

Total▶ $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc.,  Case No. 11-13721
         Debtor          AMENDED              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Michele Kee <br> 104 Kettering Court <br> Marlton, NJ 08053 | | | 4/30/2008 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 043008-050109 <br> H&H Kingdoms, LLC <br> c/o Frank Henry <br> 715 So. Second Street <br> Philadelphia, PA 191447 | | | 08/27/2008 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 082708-090109 <br> Italian Kitchen, Inc. <br> 201 Barclay Farms Shopping Center <br> Cherry Hill, NJ 08034 | | | 08/27/2008 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 082708-090109 <br> Italian Kitchen, Inc. <br> c/o Joseph Palumbo <br> 1511 Wood Hollow Drive <br> Marlton, NJ 08053 | | | 8/27/2008 | X | X | X | UNDETERMINED |
| ACCOUNT NO. <br> Michael Kwasnick, as Trustee of Various Trusts <br> 623 Kater Street <br> Philadelphia, PA 19147 | | | | X | X | X | UNDETERMINED |

Sheet no. 8 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Liberty State Credit, Inc.                ,            Case No.  11-13721        
         Debtor                                                           (If known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Christopher MacMath<br>916 N. 24th Street<br>Allentown, PA 18104 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. 053105-060106<br>Ocean City Investments<br>805 New Rd.<br>Somners Point, NJ 08244 | | | 5/31/2005 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Karen O'Rourke<br>P.O. Box 532402<br>Kihei, HI 96753 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Louis Palmer<br>2129 Orville Road<br>Hatfield, PA 19440 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. 122905-010107<br>Kevin Parker<br>c/o 1312 South Street<br>Philadelphia, PA 19146 | | | 12/29/2005 | X | X | X | UNDETERMINED |

Sheet no. 9 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $UNDETERMINED

Total➤  $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Liberty State Credit, Inc.        ,        Case No.  11-13721
                Debtor                                     (If known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 122905-01010 <br> Parker <br> c/o Kevin Parker <br> 1314 South Street <br> Philadelphia, PA 19146 | | | 12/29/2005 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 053106-60107 <br> Parker II <br> c/o Kevin Parker <br> 1312 South Street <br> Philadelphia, PA 19146 | | | 5/31/2006 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 053106-60107 <br> Parker II <br> c/o Kevin Parker <br> 1314 South Street <br> Philadelphia, PA 19146 | | | 5/31/2006 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 092506-100107 <br> Parker III <br> c/o Kevin Parker <br> 1312 South Street <br> Philadelphia, PA 19146 | | | 9/26/2006 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 092506-100107 <br> Parker III <br> c/o Kevin Parker <br> 1314 South Street <br> Philadelphia, PA 19146 | | | 9/26/2006 | X | X | X | UNDETERMINED |

Sheet no. 10 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $UNDETERMINED

Total► $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc.,  
               Debtor

Case No. 11-13721  
        (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 062707-070108<br>Parker V<br>c/o Kevin Parker<br>1312 South Street<br>Philadelphia, PA 19146 | | | 6/27/2007 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 072707-070108<br>Parker V<br>c/o Kevin Parker<br>1314 South Street<br>Philadelphia, PA 19146 | | | 5/27/2007 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>William & Mary Ann Rodio<br>349 East Lane<br>Hammonton, NJ 08037 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>James Ronga<br>41 Ptolemy Court<br>Sewell, NJ 08080 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Dennis J. Ryan<br>c/o Brendan Abstract Company<br>150 E. Swedesford Road<br>Wayne, PA 19087-1458 | | | | X | X | X | UNDETERMINED |

Sheet no. 11 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total>  $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Liberty State Credit, Inc.  ,  Case No.  11-13721
                            Debtor                                                                                            (If known)

AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 082808-090109<br>Sami's Scoops<br>c/o Steven L. LaFlamme<br>110 Phillips Rd.<br>Mt. Laurel, NJ 08064 | | | 8/28/2008 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 073107-020108<br>Santa IX<br>c/o Raymond Santa<br>3447-49 N. 2nd Street<br>Philadelphia, PA 19140 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Michael J. Santarpio, Jr. Irrevocable Trust<br>1771 Springdale Road<br>Cherry Hill, NJ 08003 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Michael J. Santarpio, Jr. Family Trust<br>1771 Springdale Road<br>Cherry Hill, NJ 08003 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Ruth Tanis<br>909 Four Seasons Drive<br>Wayne, NJ 07470 | | | | X | X | X | UNDETERMINED |

Sheet no. 12 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal> $UNDETERMINED

Total>  $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Liberty State Credit, Inc.  ,                                  Case No.  11-13721
                 Debtor                                                           (If known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Anthony R. Thompson<br>168 Trappe Lane<br>Langhorne, PA 19047 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>F. Eric Thompson<br>1008 Hunter Lane<br>Lake Saint Louis, MO 53367 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. 061406-070107<br>Greg Thompson<br>16854 Severo Place<br>Encino, CA 91446-4034 | | | 06/14/2006 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br>Sean M. Thompson<br>1008 Hunter Lane<br>Lake Saint Louis, MO 63367 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. 101806-050107<br>TMC Partnership LP<br>20 Backbone Road<br>Sewickley, PA 15143 | | | 10/18/2006 | X | X | X | UNDETERMINED |

Sheet no. 13 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Liberty State Credit, Inc. , Case No. 11-13721
         Debtor                                    (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 010407-050107<br><br>Stevetn and Kathleen Waszen<br>2617 remont Road<br>Egg Harbor, NJ 08234 | | | 1/4/2007 | X | X | X | UNDETERMINED |
| ACCOUNT NO. 022807-030107<br><br>Sandra Westbrook<br>1623 53rd Street<br>Philadelphia, PA 19143 | | | 2/28/2007 | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br><br>Frank Whiston<br>3015 Suffolk Lane<br>Fallston, MD 21047 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br><br>Sean M. Whiston<br>3015 Suffolk Lane<br>Fallston, MD 21047 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO.<br><br>Linda Vance<br>56 Althea Avenue<br>Yardville, NJ 08620 | | | | X | X | X | UNDETERMINED |

Sheet no. 14 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Liberty State Credit, Inc._____,  Case No. __11-13721_____
              Debtor                                                  (If known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> H. Lawrence & Catherine Yerkes <br> 68 Nantucket Trail <br> medford Lakes, Nj 08055 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. <br> William F. Yocco <br> 125 West Cottage Avenue <br> Haddon Fields, NJ 08033 | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. | | | | X | X | X | UNDETERMINED |

Sheet no. __15__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal>  $UNDETERMINED

Total> $UNDETERMINED
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)